**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| EDWARD H. SATERSTAD, | : | No. 375 MAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| JOSHUA D. LOCK, GOLDBERG, | : | |
| KATZMAN & SHIPMAN, P.C., KATHY | : | |
| MURRAY, SKIP GOCHENOUR, | : | |
| COURTNEY L. KISHEL AND JAMES, | : | |
| SMITH, DIETTERICK & CONNELLY, LLP, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2017, the Petition for Allowance of Appeal and Application for Leave to File Reply Brief are **DENIED**.